

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-25-2006

# In Re: George Salemo

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-3730

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"In Re: George Salemo " (2006). *2006 Decisions*. Paper 298.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/298

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

HPS-149                                                                                           NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-3730
_____

IN RE: GEORGE SALEMO,
                                                              Petitioner

_____
On Petition for a Writ of Mandamus from the
United States District Court for the
Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 92-cr-00547)
_____

Submitted Under Rule 21, Fed. R. App. P.
August 31, 2006

Before: CHIEF JUDGE SCIRICA, WEIS AND GARTH, CIRCUIT JUDGES

(Filed :   October 25, 2006)

_____

OPINION
_____

PER CURIAM

      George Salemo has filed a mandamus petition pursuant to 28 U.S.C. § 1651,

seeking, in essence, to compel the District Court for the Eastern District of Pennsylvania

to comply with an order issued by this Court in his prior action docketed at C.A. No. 04-

1530, see In re Salemo, 130 Fed.Appx. 564, 2005 WL 1111761 (3d Cir. May 11, 2005),

and assert jurisdiction over his motion filed pursuant to 28 U.S.C. § 2255.  After Salemo

filed his mandamus petition, the District Court entered an order rescinding its prior order wherein it had concluded that it lacked jurisdiction to consider his § 2255 motion. In accordance with our decision in In re Salemo, 130 Fed.Appx. at 566, 2005 WL 1111761, *2, the District Court indicated that it would consider Salemo's motion as if it were the first § 2255 motion filed by petitioner. Additionally, the District Court entered an order on October 5, 2006, directing the government to file a response to Salemo's § 2255 motion within thirty days.

Accordingly, insofar as the District Court has done that which Salemo has sought to have this Court compel it to do, the petition for a writ of mandamus will be denied as moot.